**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| F+W Media, Inc., *et al.* | : | Case No. 19-10479 (KG) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor. | : | COMMITTEE OF UNSECURED |
| ---------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.  **LSC Communications US LLC**, Attn: Dan Pevonka, 4101 Winfield Rd. Warrenville, IL 60555, Phone: 630-821-3108; Fax: 630-821-3093

2.  **Palm Coast Data LLC**,  Attn: Christopher Vitale, 11 Commerce Blvd, Palm Coast, FL 32164, Phone: 610-487-0901

3.  **Adobe Systems, Inc.,** Attn: Danny Wheeler, 75 Remittance Drive, Suite 1025, Chicago, IL 60675-1025, Phone: 385-345-1372

4.  **RR Donnelley Asia Printing Solutions Ltd.,** Attn: Robert Larsen, 4101 Winfield Road, Warrenville, IL 60555, Phone: 630-322-6006

5.  **Hawthorne Associates LP,** Attn: Eric Singer, 100 Ashford Parkway, Suite 310, Atlanta, GA 30338, Phone: 678-441-0001

6.  **Procirc, LLC (PubworX),** Attn: Eric Gisolfi, Esq., One World Trade Center, New York, NY 10007, Phone: 212-450-7080

7.  **Gen3 Marketing, LLC,** Attn: Todd Greenspan, 960 B Harvest Drive, Blue Bell, PA 19422, Phone: 215-383-0951

ANDREW R. VARA

**ACTING UNITED STATES TRUSTEE,**
**REGION 3**

 */s/ Benjamin Hackman* for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: March 21, 2019

Attorney assigned to this Case: Benjamin Hackman, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Proposed Counsel: Kenneth Enos, Esq., Phone: 302-571-6600