**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| F+W MEDIA, INC., *et al.*,[1] | Case No. 19-10479 (KG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING**
**ON APRIL 8, 2019 AT 1:00 P.M. (ET)**

---

**WITH PERMISSION FROM THE COURT, THIS HEARING HAS BEEN**
**CANCELLED AS NO MATTERS ARE GOING FORWARD**

---

**RESOLVED MATTERS**

1.      Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 363, and 364 of the Bankruptcy Code, (I) Authorizing (A) Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Insurance Programs, Including Payment of Policy Premiums and Broker Fees; and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 5, 3/10/19]

Response/Objection Deadline:          March 26, 2019 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors to April 1, 2019 at 4:00 p.m. (ET)

Responses/Objections Received:

A.      Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

B.      Interim Order [D.I. 34, 3/12/19]

---

[1]  The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  New Publishing Holdings, Inc. (4101); F+W Media, Inc. (5953); F+W Subscription Services, LLC (3663); F+W Trade Show & Events, LLC (0268); F+W OH e-Commerce, LLC (3762); Former Quilting Inc. (7854); The Writers Store, Inc. (6951); F & W Media International Limited (UK Registered No. 04003207); and F+W NH e-Commerce, LLC (9731).  The headquarters for the above-captioned Debtors is 1140 Broadway, 14th Floor, New York, New York 10001.

[2]  **Amended items appear in bold.**

    C.       Omnibus Notice of First Day Motions and Final Hearing Thereon [D.I.°43,°3/12/19]

    D.       Certification of Counsel [D.I. 89, 4/1/19]

    E.       Final Order [D.I. 95, 4/1/19]

<u>Status</u>:    An order has been entered.  No hearing is required.

2.    Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief, Including Setting a Final Hearing Related Thereto [D.I. 6, 3/10/19]

<u>Response/Objection Deadline</u>:    March 26, 2019 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors to April 1, 2019 at 4:00 p.m. (ET)

<u>Responses/Objections Received</u>:

    A.       Informal comments from the Official Committee of Unsecured Creditors

<u>Related Documents</u>:

    B.       Interim Order [D.I. 36, 3/12/19]

    C.       Omnibus Notice of First Day Motions and Final Hearing Thereon [D.I.°43,°3/12/19]

    D.       Certification of Counsel [D.I. 90, 4/1/19]

    E.       Final Order [D.I. 96, 4/1/19]

<u>Status</u>:    An order has been entered.  No hearing is required.

3.    Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 363(b), 507(a)(8), 541, 1107(a), and 1108 of the Bankruptcy Code, (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 7, 3/10/19]

01:24357313.1

Response/Objection Deadline:         March 26, 2019 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors to April 1, 2019 at 4:00 p.m. (ET)

Responses/Objections Received:

    A.     Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

    B.     Interim Order [D.I. 37, 3/12/19]

    C.     Omnibus Notice of First Day Motions and Final Hearing Thereon [D.I.°43,°3/12/19]

    D.     Certification of Counsel [D.I. 91, 4/1/19]

    E.     Final Order [D.I. 97, 4/1/19]

    Status:    An order has been entered.  No hearing is required.

4.     Debtors' Motion for Entry of Interim and Final Orders, Pursuant to Sections 105(a), 363, 1107(a) and 1108 of the Bankruptcy Code: (I) Authorizing the Debtors to Pay Certain Prepetition Critical Vendor Claims; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Certain Related Relief [D.I. 8, 3/10/19]

Response/Objection Deadline:         March 26, 2019 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors to April 1, 2019 at 4:00 p.m. (ET)

Responses/Objections Received:

    A.     Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

    B.     Interim Order [D.I. 38, 3/12/19]

    C.     Omnibus Notice of First Day Motions and Final Hearing Thereon [D.I.°43,°3/12/19]

    D.     Certification of Counsel [D.I. 92, 4/1/19]

E.      Final Order [D.I. 98, 4/1/19]

<u>Status</u>:    An order has been entered.  No hearing is required.

5.      Debtors' Motion for Interim and Final Orders Authorizing (A) Continued Use of Cash Management System; (B) Maintenance of Existing Bank Accounts; (C) Continued Use of Existing Business Forms; (D) Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Grant of Administrative Expense Status for Postpetition Intercompany Claims; and (E) Interim Suspension of Section 345(b) Deposit and Investment Requirements [D.I. 12, 3/10/19]

<u>Response/Objection Deadline</u>:              March 26, 2019 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors to April 1, 2019 at 4:00 p.m. (ET)

<u>Responses/Objections Received</u>:

A.      Informal comments from the Official Committee of Unsecured Creditors

B.      Informal comments from the Office of the United States Trustee

<u>Related Documents</u>:

C.      Interim Order [D.I. 35, 3/12/19]

D.      Omnibus Notice of First Day Motions and Final Hearing Thereon [D.I.°43,°3/12/19]

E.      Certification of Counsel [D.I. 100, 4/2/19]

F.      Final Order [D.I. 114, 4/3/19]

<u>Status</u>:    An order has been entered.  No hearing is required.

6.      Debtors' First (1st) Omnibus Motion for Entry of an Order, Pursuant to Sections 105(a), 365(a), and 554(a) of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing (A) Rejection of Certain (1) Leases of Non-Residential Real Property and (2) Executory Contracts *Nunc Pro Tunc* to the Petition Date and (B) Abandonment of any Remaining Property Located at Locations Covered by Real Property Leases [D.I. 15, 3/10/19]

Response/Objection Deadline:    March 26, 2019 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors to April 1, 2019 at 4:00 p.m. (ET)

Responses/Objections Received:    None

Related Documents:

    A.    Notice of Hearing [D.I. 24, 3/11/19]

    B.    Certificate of No Objection [D.I. 93, 4/1/19]

    C.    Order [D.I. 99, 4/1/19]

Status:    An order has been entered.  No hearing is required.

7.    Debtors' Motion for an Administrative Order, Pursuant to Sections 105(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016(a), and Local Rule 2016-2, Establishing Procedures for Interim Compensation and Reimbursement of Professionals [D.I. 49, 3/18/19]

Response/Objection Deadline:    April 1, 2019 at 4:00 p.m. (ET)

Responses/Objections Received:

    A.    Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

    B.    Certification of Counsel [D.I. 101, 4/2/19]

    C.    Order [D.I. 116, 4/3/19]

Status:    An order has been entered.  No hearing is required.

8.    Debtors' Motion for Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs [D.I. 50, 3/18/19]

Response/Objection Deadline:    April 1, 2019 at 4:00 p.m. (ET)

Responses/Objections Received:    None

Related Documents:

    A.    Certificate of No Objection [D.I. 102, 4/2/19]

B.    Order [D.I. 117, 4/3/19]

Status:    An order has been entered.  No hearing is required.

9.    Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code, Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business [D.I. 51, 3/18/19]

Response/Objection Deadline:    April 1, 2019 at 4:00 p.m. (ET)

Responses/Objections Received:

A.    Informal comments from the Official Committee of Unsecured Creditors

B.    Informal comments from the Office of the United States Trustee

Related Documents:

C.    Certification of Counsel [D.I. 104, 4/2/19]

D.    Order [D.I. 118, 4/3/19]

Status:    An order has been entered.  No hearing is required.

10.    Debtors' Application for Entry of an Order Appointing Epiq Corporate Restructuring, LLC as Administrative Advisor Effective as of the Petition Date [D.I. 52, 3/18/19]

Response/Objection Deadline:    April 1, 2019 at 4:00 p.m. (ET)

Responses/Objections Received:

A.    Informal comments from the Office of the United States Trustee

Related Documents:

B.    Certification of Counsel [D.I. 105, 4/2/19]

C.    Order [D.I. 119, 4/3/19]

Status:    An order has been entered.  No hearing is required.

11.     Debtors' Application for an Order, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rules 2014-1 and 2016-1, Authorizing the Debtors to Retain and Employ Stephens Scown LLP as Special United Kingdom Counsel, *Nunc Pro Tunc* to the Petition Date [D.I. 54, 3/18/19]

Response/Objection Deadline:                    April 1, 2019 at 4:00 p.m. (ET)

Responses/Objections Received:                 None
Related Documents:

   A.     Certificate of No Objection [D.I. 106, 4/2/19]

   B.     Order [D.I. 120, 4/3/19]

Status:    An order has been entered.  No hearing is required

12.     Debtors' Application for an Order, Pursuant to Section 327(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel to the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 55, 3/18/19]

Response/Objection Deadline:                    April 1, 2019 at 4:00 p.m. (ET)

Responses/Objections Received:                 None

Related Documents:

   A.     Certificate of No Objection [D.I. 107, 4/2/19]

   B.     Order [D.I. 121, 4/3/19]

Status:    An order has been entered.  No hearing is required

13.     Debtors' Application for Entry of an Order Authorizing the Debtors to (I) Employ and Retain FTI Consulting, Inc. to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designate Michael Healy and Robert Del Genio as Chief Restructuring Officers for the Debtors *Nunc Pro Tunc* to the Petition Date [D.I. 56, 3/18/19]

Response/Objection Deadline:                    April 1, 2019 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors to April 2, 2019 at 4:00 p.m. (ET)

Responses/Objections Received:

    A.    Informal comments from the Official Committee of Unsecured Creditors

    B.    Informal comments from the Office of the United States Trustee

Related Documents:

    C.    Certification of Counsel [D.I. 108, 4/2/19]

    D.    Order [D.I. 122, 4/3/19]

Status:    An order has been entered.  No hearing is required.

14.    Debtors' Second (2nd) Omnibus Motion for Entry of an Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, Authorizing Rejection of Certain Executory Contracts *Nunc Pro Tunc* to March 21, 2019 [D.I. 66, 3/20/19]

Response/Objection Deadline:    April 1, 2019 at 4:00 p.m. (ET)

Responses/Objections Received:

    A.    Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

    B.    Certification of Counsel [D.I. 109, 4/2/19]

    C.    Order [D.I. 115, 4/3/19]

Status:    An order has been entered.  No hearing is required.

## MATTERS GOING FORWARD

15.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Lenders; (III) Providing Superpriority Administrative Expense Status; (IV) Scheduling Final Hearing; and (V) Granting Related Relief [D.I. 13, 3/10/19]

Response/Objection Deadline:    March 26, 2019 at 4:00 p.m. (ET); extended for the Committee to April 2, 2019 at 4:00 p.m. (ET)

Responses/Objections Received:

    A.      Informal comments from the Office of the United States Trustee

    B.      Official Committee of Unsecured Creditors' Objection and Request for Adjournment [D.I. 103, 4/2/19]

Related Documents:

    C.      Interim Order [D.I. 42, 3/12/19]

    D.      Omnibus Notice of First Day Motions and Final Hearing Thereon [D.I. 43, 3/12/19]

    E.      Notice of Filing of Executed DIP Credit Agreement [D.I. 64, 3/20/19}

**Status:**    The Debtors and the DIP Lenders have resolved the informal comments of the Office of the United States Trustee, and the parties are working with the Official Committee of Unsecured Creditors to resolve the items in dispute. **The parties have agreed to adjourn this matter to the hearing scheduled for April 16, 2019 at 1:00 p.m. (ET).**

16.    Debtors Application for an Order Authorizing the Retention and Employment of Greenhill & Co., LLC as Investment Banker to the Debtors *Nunc Pro Tunc* to the Petition Date [D.I. 53, 3/18/19]

Response/Objection Deadline:    April 1, 2019 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors to April 2, 2019 at 4:00 p.m. (ET); extended at the request of the United States Trustee

Responses/Objections Received:

    A.      Informal comments from the Official Committee of Unsecured Creditors

    B.      Objection of the United States Trustee [D.I. 124, 4/3/19]

Related Documents:

C.    **Certification of Counsel [D.I. 126, 4/5/19]**

D.    **Order [D.I. 127, 4/5/19]**

**Status:**    **An order has been entered.  No hearing is required.**

Dated:    April 5, 2019
     Wilmington, Delaware    */s/ Elizabeth S. Justison*
                        YOUNG CONAWAY STARGATT & TAYLOR, LLP
                        Pauline K. Morgan (No. 3650)
                        Kenneth J. Enos (No. 4544)
                        Elizabeth S. Justison (No. 5911)
                        Allison S. Mielke (No. 5934)
                        Jared W. Kochenash (No. 6557)
                        Rodney Square
                        1000 North King Street
                        Wilmington, Delaware 19801
                        Telephone:  (302) 571-6600
                        Facsimile:  (302) 571-1253

                        *Counsel to the Debtors and*
                        *Debtors in Possession*