**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| F+W MEDIA, INC., *et al.*,[1] | Case No. 19-10479 (KG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON APRIL 16, 2019 AT 1:00 P.M. (ET)**

**UNCONTESTED MATTERS – CERTIFICATIONS FILED**

1.  Debtors' Motion for Orders: (I) Approving (A) Bidding Procedures for the Sale of the Debtors' Assets Related to the F+W Books Business Line; and (B) Form and Manner of Notices; (II) Scheduling Dates to Conduct Auction and Hearing to Consider Final Approval of Sale, Including Treatment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief; and (IV)(A) Approving the Sale of the Acquired Assets; (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief [D.I. 79, 3/26/19]

    Response/Objection Deadline:          April 9, 2019 at 4:00 p.m. (ET)

    Responses/Objections Received:

    A.     Informal Comments from the Office of the United States Trustee

    B.     Informal Comments from the Official Committee of Unsecured Creditors

    C.     Objection of Cigna Health and Life Insurance Company [D.I. 132, 4/8/19]

    Related Documents:

    D.     Certification of Counsel [D.I. 148, 4/12/19]

    **E.     Order (I) Approving (A) Bidding Procedures for the Sale of the Debtors' Assets Related to the F+W Books Business Line; and (B) Form and Manner of Notices Related Thereto; and (II) Scheduling Dates to**

---

[1]  The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  New Publishing Holdings, Inc. (4101); F+W Media, Inc. (5953); F+W Subscription Services, LLC (3663); F+W Trade Show & Events, LLC (0268); F+W OH e-Commerce, LLC (3762); Former Quilting Inc. (7854); The Writers Store, Inc. (6951); F & W Media International Limited (UK Registered No. 04003207); and F+W NH e-Commerce, LLC (9731).  The headquarters for the above-captioned Debtors is 1140 Broadway, 14th Floor, New York, New York 10001.

[2]  **Amended items appear in bold.**

**Conduct Auction and Hearing to Consider Final Approval of Sale, Including Treatment of Executory Contracts and Unexpired Leases [D.I. 156, 4/15/19]**

**Status:**    **An order has been entered.**

2.    Debtors' Motion for Orders: (I) Approving (A) Bidding Procedures for the Sale of the Debtors' Assets Related to the Communities Business Line; and (B) Form and Manner of Notices; (II) Scheduling Dates to Conduct Auction and Hearing to Consider Final Approval of Sale, Including Treatment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief; and (IV)(A) Approving the Sale of the Acquired Assets; (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief [D.I. 80, 3/26/19]

Response/Objection Deadline:                April 9, 2019 at 4:00 p.m. (ET)

Responses/Objections Received:

    A.    Informal Comments from the Office of the United States Trustee

    B.    Informal Comments from the Official Committee of Unsecured Creditors

    C.    Objection of Cigna Health and Life Insurance Company [D.I. 133, 4/8/16]

Related Documents:

    D.    Certification of Counsel [D.I. 149, 4/12/19]

    E.    **Order (I) Approving (A) Bidding Procedures for the Sale of the Debtors' Assets Related to the Communities Line; and (B) Form and Manner of Notices Related Thereto; and (II) Scheduling Dates to Conduct Auction and Hearing to Consider Final Approval of Sale, Including Treatment of Executory Contracts and Unexpired Leases [D.I. 157, 4/15/19]**

**Status:**    **An order has been entered.**

3.    Debtors' Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, Authorizing the Debtors to Redact Certain Confidential Information in Connection with the Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 363(b), and 503(c) of the Bankruptcy Code, Approving Debtors' (I) Key Employee Incentive Plan and (II) Key Employee Retention Plan [D.I. 86, 3/28/19]

Response/Objection Deadline:                April 9, 2019 at 4:00 p.m. (ET)

Responses/Objections Received:

    A.    Informal Comments from the Office of United States Trustee

Related Documents:

    B.    Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 363(b), and 503(c) of the Bankruptcy Code, Approving Debtors' (I) Key Employee Incentive Plan and (II) Key Employee Retention Plan [(Sealed) D.I. 84, 3/28/19 and (Redacted) D.I. 85, 3/28/19]

    C.    Certification of Counsel [D.I. 144, 4/11/19]

    **D.**    **Order Pursuant to Section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, Authorizing the Debtors to Redact Certain Confidential Information in Connection with the Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 363(b), and 503(c) of the Bankruptcy Code, Approving Debtors' (I) Key Employee Incentive Plan and (II) Key Employee Retention Plan [D.I. 158, 4/15/19]**

    **Status:**    **An order has been entered.**

## MATTERS GOING FORWARD

4.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Lenders; (III) Providing Superpriority Administrative Expense Status; (IV) Scheduling Final Hearing; and (V) Granting Related Relief [D.I. 13, 3/10/19]

    Response/Objection Deadline:    March 26, 2019 at 4:00 p.m. (ET); extended for the Committee to April 2, 2019 at 4:00 p.m. (ET)

    Responses/Objections Received:

    A.    Informal Comments from the Office of the United States Trustee

    B.    Official Committee of Unsecured Creditors' Objection and Request for Adjournment [D.I. 103, 4/2/19]

    Related Documents:

    C.    Interim Order [D.I. 42, 3/12/19]

    D.    Omnibus Notice of First Day Motions and Final Hearing Thereon [D.I. 43, 3/12/19]

      E.        Notice of Filing of Executed DIP Credit Agreement [D.I. 64, 3/20/19]

      F.        DIP Lenders' Reply to the Objection of the Committee of Unsecured Creditors to the Entry of a Final Order Authorizing the Debtors to (A) Use Cash Collateral, (B) Grant Adequate Protection, (C) Obtain Post-Petition Financing and (D) for Related Relief [D.I. 129, 4/5/19]

      **G.**        **Notice of Filing of Proposed Final Order (I) Authorizing the Debtors to Obtain Postpetition Secured Financing and Use Cash Collateral; and (II) Modifying the Automatic Stay [D.I. 160, 4/15/19]**

      <u>Status</u>:      **The Debtors and the DIP Lenders have resolved the informal comments of the Office of the United States Trustee. The Debtors and the DIP Lenders continue to work with the Official Committee of Unsecured Creditors to resolve the issues raised in the Committee's objection. The Debtors believe that certain of the issues raised in the Objection have been resolved as reflected in the proposed Final DIP Order listed as item G, and expect that any remaining issues will be resolved in advance of the hearing.** This matter is going forward.

5.      Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 363(b), and 503(c) of the Bankruptcy Code, Approving Debtors' (I) Key Employee Incentive Plan and (II) Key Employee Retention Plan [(Sealed) D.I. 84, 3/28/19 and (Redacted) D.I. 85, 3/28/19]

      <u>Response/Objection Deadline</u>:      April 11, 2019 at 4:00 p.m. (ET)

      <u>Responses/Objections Received</u>:

      A.        Limited Objection of the Official Committee of Unsecured Creditors [D.I.°145, 4/11/19]

      <u>Related Documents</u>:

      B.        Debtors' Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, Authorizing the Debtors to Redact Certain Confidential Information in Connection with the Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 363(b), and 503(c) of the Bankruptcy Code, Approving Debtors' (I) Key Employee Incentive Plan and (II) Key Employee Retention Plan [D.I. 86, 3/28/19]

      C.        Order Shortening the Time for Notice of Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 363(b), and 503(c) of the Bankruptcy Code, Approving Debtors' (A) Key Employee Incentive Plan and (B) Key Employee Retention Plan [D.I. 88, 3/29/19]

**D.**    **Debtors' Motion for an Order, Pursuant to Local Rule 9006-1(d), Granting the Debtors Leave and Permission to File a Reply in Support of the Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 363(b) and 503(c) of the Bankruptcy Code, Approving Debtors' (I) Key Employee Incentive Plan and (II) Key Employee Retention Plan [D.I. 153, 4/15/19]**

**E.**    **Debtors' Reply in Support of the Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 363(b), and 503(c) of the Bankruptcy Code, Approving Debtors' (I) Key Employee Incentive Plan and (II) Key Employee Retention Plan [D.I. 154, 4/15/19]**

**F.**    **Declaration of Michael Healy in Support of the Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 363(b), and 503(c) of the Bankruptcy Code, Approving Debtors' (I) Key Employee Incentive Plan and (II) Key Employee Retention Plan [D.I. 155, 4/15/19]**

Status:    The Debtors and the DIP Lenders are working with the Official Committee of Unsecured Creditors to resolve the items in dispute.  This matter is going forward.

Dated:    April 15, 2019
Wilmington, Delaware

*/s/ Elizabeth S. Justison*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Pauline K. Morgan (No. 3650)
Kenneth J. Enos (No. 4544)
Elizabeth S. Justison (No. 5911)
Allison S. Mielke (No. 5934)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

*Counsel to the Debtors and
Debtors in Possession*

01:24387975.3