**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| F+W MEDIA, INC., *et al.*,[1] | Case No. 19-10479 (KG) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 156** |

**NOTICE OF (I) REVISED BID DEADLINE AND
(II) RESCHEDULED DATE FOR AUCTION AND SALE HEARING**

**PLEASE TAKE NOTICE** that on April 15, 2019, the United States Bankruptcy Court for the District of Delaware entered that certain *Order (I) Approving (A) Bidding Procedures for the Sale of the Debtors' Assets Related to the F+W Books Business Line; and (B) Form and Manner of Notices Related Thereto; and (II) Scheduling Dates to Conduct Auction and Hearing to Consider Final Approval of Sale, Including Treatment of Executory Contracts and Unexpired Leases* [D.I. 156] (the "Bidding Procedures Order"). The Bidding Procedures Order approved, among other things, the implementation of certain Bidding Procedures[2] in connection with the disposition of all or substantially all of the Acquired Assets.[3]

**PLEASE TAKE FURTHER NOTICE** that the Bidding Procedures Order established the Bid Deadline as May 16, 2019 at 5:00 p.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the Debtors, in consultation with the Committee and the DIP Lenders, have extended the Bid Deadline to May 28, 2019 at 5:00 p.m. (ET) (the "New Bid Deadline").

**PLEASE TAKE FURTHER NOTICE** that, as a result of the establishment of the New Bid Deadline, the Auction previously scheduled for May 20, 2019 at 10:00 a.m. (ET) at the offices of counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, 1000 N. King Street, Rodney Square, Wilmington, Delaware 19801, is adjourned and will commence on May 30, 2019 at 10:00 a.m. (ET) at the same location.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  New Publishing Holdings, Inc. (4101); F+W Media, Inc. (5953); F+W Subscription Services, LLC (3663); F+W Trade Show & Events, LLC (0268); F+W OH e-Commerce, LLC (3762); Former Quilting Inc. (7854); The Writers Store, Inc. (6951); F & W Media International Limited (UK Registered No. 04003207); and F+W NH e-Commerce, LLC (9731).  The headquarters for the above-captioned Debtors is 1140 Broadway, 14th Floor, New York, New York 10001.

[2] All terms not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

[3] The Bidding Procedures Order included a reservation of rights whereby the Debtors reserved their rights to modify the Sale timeline and the Bidding Procedures in consultation with the Committee and the DIP Lenders.

01:24431005.1

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing scheduled for May 22, 2019 at 1:00 p.m. (ET) has been adjourned and will commence on June 4, 2019 at 1:00 p.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that the incremental deadlines established by the Bidding Procedures Order that fell between the Bid Deadline and the Sale Hearing have each been extended by approximately two (2) weeks. For ease of reference, a chart summarizing these deadlines, and the manner in which they have been extended, is set forth on Exhibit A hereto.

Dated:  May 14, 2019
       Wilmington, Delaware

*/s/ Elizabeth S. Justison*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Pauline K. Morgan (No. 3650)
Kenneth J. Enos (No. 4544)
Elizabeth S. Justison (No. 5911)
Allison S. Mielke (No. 5934)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*

01:24431005.1