UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re F+W Media, Inc., et al. ("F+W Media" or "Debtors")          Case No. 19-10479 (KG) (Jointly Administered)
Debtors                                                           Reporting Period: April 1 - April 30

MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 30 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | x | | |
| Schedule of Professional Fees Paid | MOR-1b | x | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | x | | |
| Balance Sheet | MOR-3 | x | | |
| Status of Postpetition Taxes | MOR-4 | x | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | x | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____          _____
Signature of Debtor                                              Date


_____          _____
Signature of Joint Debtor                                        Date


_Jordan Bohrer_                                   _5/30/19_
Jordan Bohrer                                                    Date

_Jordan Bohrer_                                   _Controller_
Jordan Bohrer                                                    Controller


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

In re F+W Media, Inc., et al. ("F+W Media" or "Debtors")    Case No. 19-10479 (KG) (Jointly Administered)
Debtors    Reporting Period: April 1 - April 30
Fed. Tax. I.D. No.: 20-2964101

**Listing of Debtor Entities and Notes to the Monthly Operating Report**

General:
The report includes consolidated activity from the following Debtors and related Case numbers:

| Debtors | Case # |
| --- | --- |
| F+W Media, Inc. | 19-10479 |
| New Publishing Holdings, Inc. | 19-10480 |
| F+W Subscription Services, LLC | 19-10481 |
| F+W Trade Show & Events, LLC | 19-10482 |
| Former Quilting Inc. | 19-10483 |
| F & W Media International Limited | 19-10484 |
| F+W OH e-Commerce, LLC | 19-10485 |
| The Writers Store, Inc. | 19-10486 |
| F+W NH e-Commerce, LLC | 19-10487 |

**General Notes to the MOR:**

**Debtor-in-Possession Financial Statements**

This Monthly Operating Report ("MOR") has been prepared solely for the purpose of complying with the monthly reporting requirements applicable in the above-listed bankruptcy cases and is in a format deemed acceptable to the Office of the U.S. Trustee. The financial information contained herein is unaudited, preliminary, limited in scope, and as discussed below, may not comply with accounting principles generally accepted in the United States of America ("U.S. GAAP") in all material respects. All results, other than as noted, are presented on a consolidated basis due to the complexity of the intercompany transactions among Debtor entities and the system limitations that prevent the Debtors from isolating balance sheet and cash activity among distinct Debtors and non-Debtors.

The unaudited consolidated financial statements have been derived from the books and records of F+W Media and related non-Debtors (collectively, "FW") on a consolidated or consolidating basis, as applicable. No current activity exists for the non-Debtors and existing balances on MOR-3 are immaterial with respect to the consolidated balances. The information furnished in this report includes primarily normal recurring adjustments, but not all of the adjustments that would typically be made for the quarterly and annual financial statements to be in accordance with U.S. GAAP. Furthermore, the financial information contained herein has not been subjected to the same level of accounting review and testing that FW applies in the preparation of their quarterly and annual financial information in accordance with U.S. GAAP. Accordingly, upon the application of such procedures, F+W Media believes that the financial information may be subject to change, and that these changes could be material.

In re F+W Media, Inc., et al. ("F+W Media" or "Debtors")  Case No. 19-10479 (KG) (Jointly Administered)
Debtors                                                   Reporting Period: April 1 - April 30
                                                          Fed. Tax. I.D. No.: 20-2964101

The results of operations contained herein are not necessarily indicative of results that may be expected from any other period or for the full year and may not necessarily reflect the consolidated results of operations, financial position, and schedule of receipts and disbursements of F+W Media in the future.  F+W Media cautions readers not to place undue reliance upon the MOR.  There can be no assurance that such information is complete and the MOR may be subject to revision.

The unaudited consolidated Debtor-in-Possession Financial Statements presented in MOR-2 and MOR-3 includes activity for the period of April 1 - April 30.

**Intercompany Transactions**

Due to the cash management structure of FW, intercompany activity is material among Debtor entities making an isolated entity breakout within MOR-1 and MOR-3 limited.  Intercompany transactions between the Debtors have been nearly eliminated in the financial statements contained herein.  The unaudited consolidated financial statements presented in MOR-2 and MOR-3 also include elimination entries for intercompany balances related to Non-debtor affiliates.

**Liabilities Subject to Compromise**

As a result of the Chapter 11 filing, the payment of pre-petition indebtedness is subject to compromise or other treatment under a plan of reorganization or liquidation.  The determination of how liabilities will ultimately be settled and treated cannot be made until the bankruptcy court approves a Chapter 11 plan.  Accordingly, the ultimate amount of such liabilities is not determinable at this time.  F+W Media has segregated pre-petition liabilities that are subject to compromise to be reported at the amounts expected to be allowed, even if they may be settled for lesser amounts. The amounts currently classified as liabilities subject to compromise are preliminary and may be subject to future adjustments depending on bankruptcy court actions, first day motions that allow certain pre-petition liabilities to be paid in the ordinary course, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, assumption or rejection of executory contracts, impact of an asset purchase agreement and liabilities being assumed by the buyer, and continued reconciliation and other events.

**Restructuring Costs**

Expenses and income directly associated with the Chapter 11 filings have been reported separately in the income statement and balance sheet as restructuring expenses/accruals, except for interest and expenses associated with F+W Media's debtor-in-possession financing (included in interest expense). Restructuring expenses include post-petition expenses and payments related to legal advisory and representation services, other professional consulting and advisory services including claims reconciliation, U.S. Trustee fees, expenses associated with retention of F+W Media employees (per court approval), changes in liabilities subject to compromise (recognized as there are changes in amounts that are expected to be allowed claims), and all other items related to the Chapter 11 process.

In re F+W Media, Inc., et al. ("F+W Media" or "Debtors")
Debtors

Case No. 19-10479 (KG) (Jointly Administered)
Reporting Period: April 1 - April 30

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

$ in thousands

| Entity | Case # | 03/31/19 Cash Balance | Receipts | Disbursements | Net Intercompany Transfers | Net Interest | Other | 04/30/19 Cash Balance |
|---|---|---|---|---|---|---|---|---|
| F+W Media, Inc. | 19-10479 | $ 4,914 | $ 4,797 | $ (4,308) | $ 1,336 | $ 0 | $ (1) | $ 6,739 |
| New Publishing Holdings, Inc. | 19-10480 | - | - | - | - | - | - | - |
| F+W Subscription Services, LLC | 19-10481 | 29 | 1,087 | (522) | (490) | - | - | 103 |
| F+W Trade Show & Events, LLC | 19-10482 | - | 284 | (10) | (274) | - | 0 | 0 |
| Former Quilting Inc. | 19-10483 | - | - | - | - | - | - | - |
| F&W Media International Limited | 19-10484 | 619 | 553 | (949) | - | (0) | (8) | 215 |
| F+W OH e-Commerce, LLC | 19-10485 | - | 616 | (45) | (571) | - | (0) | (0) |
| The Writers Store, Inc. | 19-10486 | - | - | (0) | 0 | - | - | - |
| F+W NH e-Commerce, LLC | 19-10487 | - | - | - | - | - | - | - |
| Total Debtor | | $ 5,562 | $ 7,337 | $ (5,834) | $ 0 | $ 0 | $ (9) | $ 7,057 |

In re F+W Media, Inc., et al. ("F+W Media" or "Debtors")    Case No. 19-10479 (KG) (Jointly Administered)
Debtors                                                      Reporting Period: April 1 - April 30

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

$ in thousands

| Account Number | Bank | Debtor Entity | 04/30/19 Balance |
|---|---|---|---|
| xxxxx9583 | Chase | F+W Media, Inc. | $    - |
| xxxxx5887 | Chase | F+W Media, Inc. | 6,035 |
| xxxxx5623 | Chase | F+W Trade Show & Events, LLC | - |
| xxxxx3753 | Chase | F+W Subscription Services, LLC | - |
| xxxxx7313 | Chase | F+W OH e-Commerce, LLC | - |
| xxxxxx9101 | Chase | F+W Media, Inc. | 6 |
| xxxxxx5181 | Chase | F+W Media, Inc. | 39 |
| xxxxxx5189 | Chase | F+W Media, Inc. | 658 |
| xxxxxxxxx8349 | Wells Fargo | F+W Subscription Services, LLC | 103 |
| xxxx8391 | Chase | F&W Media International Limited | 92 |
| xxxx8319 | Chase | F&W Media International Limited | 25 |
| xxxxxx1253 | Chase | F&W Media International Limited | 88 |
| xxxxx2815 | Chase | F&W Media International Limited | 10 |
| | | Total | $ 7,057 |

In re F+W Media, Inc., et al. ("F+W Media" or "Debtors")    Case No. 19-10479 (KG) (Jointly Administered)
Debtors    Reporting Period: April 1 - April 30

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Amount Paid | | Year-To-Date | |
|---|---|---|---|---|---|---|---|
| | | | | Fees | Expenses (1) | Fees | Expenses |
| Epiq Corporate Restructuring, LLC | March 10 - March 31 | $ 45,642 | F+W Media, Inc. | $ 18,466 | $ 27,176 | $ 18,466 | $ 27,176 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

(1) A large majority of expenses relate to postage and noticings.

In re F+W Media, Inc., et al. ("F+W Media" or "Debtors")
Debtor

Case No. 19-10479 (KG) (Jointly Administered)
Reporting Period: April 1 – April 30

## STATEMENT OF OPERATIONS

(Income Statement)

$ in thousands

| | New Publishing Holdings, Inc. | F+W Media, Inc. | F&W Media International Limited | Former Quilting Inc. | F+W Subscription Services, Inc. | F+W NH e-Commerce, LLC | F+W Trade Show & Events, LLC | F+W OH e-Commerce, LLC | The Writers Store, Inc. | Intercompany Elimination | Consolidated Debtors |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | $  - | $ 2,302 | $ 975 | $ 0 | $ 1,534 | $ 1 | $ 263 | $ 862 | $ 19 | $ (172) | $ 5,785 |
| **Operating Expenses** | | | | | | | | | | | |
| Cost of sales | - | 1,331 | 568 | - | - | 2 | 121 | 44 | 3 | (80) | 1,990 |
| Advertising and marketing | - | 161 | 134 | - | 0 | 1 | - | 148 | 2 | - | 446 |
| Editorial | - | 801 | 17 | - | - | 7 | - | 209 | 5 | - | 1,038 |
| Circulation | - | 84 | - | - | 750 | - | - | - | - | - | 835 |
| Shipping and warehousing | - | 216 | 105 | 0 | 0 | 3 | - | 3 | 0 | - | 326 |
| Conference | - | 0 | - | 0 | - | - | - | 12 | 0 | - | 251 |
| General and administrative (1) | - | 1,644 | 101 | - | - | 1 | 239 | 730 | 1 | - | 2,509 |
| Depreciation and amortization | - | 564 | 19 | - | - | 1 | 31 | - | 1 | - | 584 |
| Total Operating Expenses | $  - | $ 4,801 | $ 944 | $ (0) | $ 750 | $ 14 | $ 392 | $ 1,147 | $ 12 | $ (80) | $ 7,980 |
| Income (loss) from operations | $  - | $ (2,499) | $ 31 | $ (0) | $ 784 | $ (13) | $ (129) | $ (284) | $ 8 | $ (91) | $ (2,195) |
| **Other Income (Expense)** | | | | | | | | | | | |
| Interest (income) expense, net | - | 303 | 39 | - | - | - | - | - | - | - | 342 |
| Goodwill amortization | - | 205 | - | - | - | - | - | - | - | - | 205 |
| Other (income)/expense | - | 5 | 20 | - | - | - | - | - | - | - | 26 |
| Total other (income)/expense | $  - | $ 513 | $ 59 | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $ 572 |
| Income (loss) before income taxes | $  - | $ (3,012) | $ (29) | $ (0) | $ 784 | $ (13) | $ (129) | $ (284) | $ 8 | $ (91) | $ (2,768) |
| Provision for income taxes | | | | | | | | | | | |
| Income (loss) after taxes | $  - | $ (3,012) | $ (29) | $ (0) | $ 784 | $ (13) | $ (129) | $ (284) | $ 8 | $ (91) | $ (2,768) |

(1) F+W Media, Inc. General and administrative includes approximately $393 in accrued professional fees.

In re F+W Media, Inc., et al. ("F+W Media" or "Debtors")          Case No. 19-10479 (KG) (Jointly Administered)
Debtor          Reporting Period: April 1 - April 30

## BALANCE SHEET AS OF April 30, 2019

$ in thousands

|  | Total Consolidated Debtors |
|---|---|
| CURRENT ASSETS: | |
| Cash and cash equivalents | 5,640 |
| Restricted cash | 658 |
| Accounts receivable, net | 9,007 |
| Inventory, net | 4,667 |
| Prepaid and other assets | 4,930 |
| Total current assets | $ 24,903 |
| | |
| OTHER ASSETS | |
| Property and equipment, net | 4,981 |
| Digital product development costs, net | 1,229 |
| Prepublication costs, net | 1,597 |
| Goodwill & intangible assets, net | 53,295 |
| Income tax receivable | (154) |
| Other assets | 720 |
| TOTAL ASSETS | $ 86,570 |
| | |
| CURRENT LIABILITIES: | |
| Accounts payable | 2,899 |
| Accrued expenses | 825 |
| Accrued interest | 10 |
| Deferred revenue | 17,999 |
| Total current liabilities | $ 21,733 |
| | |
| LONG TERM LIABILITIES: | |
| Deferred revenue long-term | 7,182 |
| DIP loan | 5,346 |
| Total long-term liabilities | $ 12,529 |
| | |
| Liabilities subject to compromise | 92,914 |
| Total liabilities | $ 127,176 |
| | |
| Total stockholders' equity | $ (40,606) |
| | |
| Total liabilities & equity | $ 86,570 |

In re F+W Media, Inc., et al. ("F+W Media" or "Debtors")                    Case No. 19-10479 (KG) (Jointly Administered)
Debtor                                                                      Reporting Period: April 1 - April 30

## STATUS OF POSTPETITION TAXES

I, Jordan Bohrer, hereby declare under penalty of perjury:

I am Controller of F+W Media, Inc. et al, the above captioned debtors and debtors in possession (collectively, the "Debtors"). I am familiar with the Debtors day-to-day operations, business affairs, and books and records. I am authorized to submit this statement on behalf of the Debtors.

All statements in this statement are based on my personal knowledge, my review of the relevant documents, my discussions with other employees of the Debtors, or my opinion based on my experience and knowledge of the Debtors' operations and financial condition. If I were called upon to testify, I could and would testify to each of the facts set forth herein based on such personal knowledge, review of documents, discussions with other employees of the Debtors or opinion.

To the best of my knowledge, information, and belief, and except as otherwise set forth in this MOR, all of the Debtors have filed all necessary federal, state, and local tax returns and have timely made (or are in the process of remediating any immaterial late filings or prepayments) all related required post-filing tax payments, which are not subject to dispute or reconciliation, and are current.


_____                                    _____5/30/19_____
Jordan Bohrer                                                           Date
Controller
F+W Media, Inc.

In re F+W Media, Inc., et al. ("F+W Media" or "Debtors")  
Debtor

Case No. 19-10479 (KG) (Jointly Administered)<br>Reporting Period: April 1 - April 30

### SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.  
$ in thousands

| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| | | | Number of Days Past Due | | | |
| Accounts Payable (U.S.) (1) | 1,789 | 540 | 86 | - | - | 2,415 |
| Accounts Payable (U.K.) | 399 | - | - | - | - | 399 |
| Wages Payable | - | - | - | - | - | - |
| Taxes Payable | - | - | - | - | - | - |
| Rent/Leases-Building | - | - | - | - | - | - |
| Rent/Leases-Equipment | - | - | - | - | - | - |
| Secured Debt/Adequate Protection Payments | - | - | - | - | - | - |
| Professional Fees | 80 | 6 | - | - | - | 85 |
| Amounts Due to Insiders* | - | - | - | - | - | - |
| **Total Postpetition A/P** | $ 2,268 | $ 545 | $ 86 | $ - | $ - | $ 2,899 |

(1) As of the date of this filing, approximately $86 of Accounts Payable (U.S.) aged 31-60 days has been paid.

In re F+W Media, Inc., et al. ("F+W Media" or "Debtors")　　　Case No. 19-10479 (KG) (Jointly Administered)
Debtor　　　Reporting Period: April 1 - April 30

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

$ in thousands

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 8,284 |
| + Amounts billed during the period | 6,003 |
| - Amounts collected during the period | (5,279) |
| Total Accounts Receivable at the end of the reporting period | $ 9,007 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 10,438 |
| 31 - 60 days old | 241 |
| 61 - 90 days old | 74 |
| 91+ days old | 158 |
| Total Accounts Receivable | $ 10,910 |
| Amount considered uncollectible (Bad Debt) | (1,903) |
| Accounts Receivable (Net) | $ 9,007 |

## DEBTOR QUESTIONNAIRE
### Must Be Completed Each Month

| Questions | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | x |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | x |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | x | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | x | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | x | |

In accordance with the utilities order [D.I. 96], FW opened a utility deposit account (a/c # xxxxx5181) with Chase Bank in April and transferred $39,000 to that account.