**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| F+W MEDIA, INC., *et al.*,[1] | Case No. 19-10479 (KG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 17, 2019 AT 3:00 P.M. (ET)**

**RESOLVED MATTERS**

1. Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Grant Thornton LLP to Provide Tax Compliance and Advisory Services to the Debtors, *Nunc Pro Tunc* to May 15, 2019, and (II) Waiving Certain Information Requirements Pursuant to Local Rule 2016-2 [D.I. 233, 5/15/19]

    Response/Objection Deadline:    June 5, 2019 at 4:00 p.m. (ET)

    Responses/Objections Received:    None

    Related Documents:

        A.    Notice of Hearing [D.I. 243, 5/17/19]

        B.    Certificate of No Objection [D.I. 281, 6/6/19]

        C.    Order [D.I. 282, 6/7/19]

    Status:    An order has been entered. No hearing is required.

2. Debtors' Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 261, 5/30/19]

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: New Publishing Holdings, Inc. (4101); F+W Media, Inc. (5953); F+W Subscription Services, LLC (3663); F+W Trade Show & Events, LLC (0268); F+W OH e-Commerce, LLC (3762); Former Quilting Inc. (7854); The Writers Store, Inc. (6951); F & W Media International Limited (UK Registered No. 04003207); and F+W NH e-Commerce, LLC (9731). The headquarters for the above-captioned Debtors is 1140 Broadway, 14th Floor, New York, New York 10001.

01:24587338.1

Response/Objection Deadline:     June 10, 2019 at 4:00 p.m. (ET)

Responses/Objections Received:   None

Related Documents:

    A.    Certificate of No Objection [D.I. 295, 6/11/19]

    B.    Order [D.I. 298, 6/12/19]

Status:     An order has been entered.  No hearing is required.

3. Debtors' Motion for Entry of an Order Extending Their Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [D.I. 262, 5/30/19]

    Response/Objection Deadline:     June 10, 2019 at 4:00 p.m. (ET)

    Responses/Objections Received:   None

    Related Documents:

        A.    Certificate of No Objection [D.I. 296, 6/11/19]

        B.    Order [D.I. 299, 6/12/19]

    Status:     An order has been entered.  No hearing is required.

4. Debtors' Motion for Entry of an Order Authorizing Greenhill & Co., LLC to File Under Seal the Names of Certain Potential Bidders in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 252, 5/23/19]

    Response/Objection Deadline:     June 6, 2019 at 4:00 p.m. (ET)

    Responses/Objections Received:   None

    Related Documents:

        A.    Certificate of No Objection [D.I. 297, 6/12/19]

        B.    Order [D.I. 300, 6/12/19]

    Status:     An order has been entered.  No hearing is required.

**MATTER GOING FORWARD**

5.  Debtors' Motion for Orders: (I) Approving (A) Bidding Procedures for the Sale of the Debtors' Assets Related to the Communities Business Line; and (B) Form and Manner of Notices; (II) Scheduling Dates to Conduct Auction and Hearing to Consider Final Approval of Sale, Including Treatment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief; and (IV)(A) Approving the Sale of the Acquired Assets; (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief [D.I. 80, 3/26/19]

   Sale Response/Objection Deadline:   May 28, 2019 at 4:00 p.m. (ET)

   Sale Responses/Objections Received:

   A.  Informal Comments from the Office of the United States Trustee

   B.  Protective Objection of Cigna [D.I. 267, 5/31/19]

   Cure Objection Deadlines:   May 17, 2019 at 4:00 p.m. (ET); May 20, 2019 at 4:00 p.m. (ET); June 6, 2019 at 4:00 p.m. (ET); and June 18, 2019 at 4:00 p.m. (ET)

   Cure Responses/Objections Received:

   C.  Objection of 8469 Blue Ash Road, LLC [D.I. 241, 5/16/19]

   D.  Limited Objection of JP Morgan Chase Bank N.A. [D.I. 244, 5/17/19]

   E.  Objection of Jill Wolcott Knits [D.I. 256, 5/28/19]

   F.  Objection of Michelle Leonardo Design [D.I. 263, 5/30/19]

   G.  Informal response of Neyer/Carver Road, LLC

   H.  Informal response of Jennifer Lori Carpman

   I.  Informal response of Thought Industries, Inc.

   J.  Informal response of Mark and Mary Willenbrink

   K.  Informal response of Iowa Public Television

   L.  Informal response of MAZ Systems Inc. (f/k/a MAZ Digital Inc.)

   M.  Informal response from Rona Edwards and Monika Skerbelis

Related Documents:

N. Order (I) Approving (A) Bidding Procedures for the Sale of the Debtors' Assets Related to the Communities Line; and (B) Form and Manner of Notices Related Thereto; and (II) Scheduling Dates to Conduct Auction and Hearing to Consider Final Approval of Sale, Including Treatment of Executory Contracts and Unexpired Leases [D.I. 157, 4/15/19]

O. Notice of Proposed Sale, Bidding Procedures, Auction and Sale Hearing Related to the Debtors' Communities Business Line [D.I. 167, 4/16/19]

P. Notice of Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of Debtors' Assets Related to the Communities Business Line [D.I. 193, 5/1/19]

Q. Supplemental Notice of Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of Debtors' Assets Related to the Communities Business Line [D.I. 200, 5/6/19]

R. Notice of Filing of Form of Asset Purchase Agreement for the Communities Business Line [D.I. 203, 5/8/19]

S. Notice of Filing of Proposed Form of Sale Order [D.I. 204, 5/8/19]

T. Notice of Revision to Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of Debtors' Assets Related to the Communities Business Line [D.I. 227, 5/13/19]

U. Second Supplemental Notice of Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of Debtors' Assets Related to the Communities Business Line [D.I. 255, 5/23/19]

V. Notice of (I) Revised Bid Deadline and (II) Rescheduled Date for Auction and Sale Hearing for the Debtors' Communities Business Line [D.I. 258, 5/28/19]

W. Third Supplemental Notice of Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of Debtors' Assets Related to the Communities Business Line [D.I. 276, 6/4/19]

    X.    Notice of Revisions to Notices of Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale of Debtors' Assets Related to the Communities Business Line [D.I. 302, 6/13/19]

Status:    Item (a) is resolved but additional revisions may be necessary following review of the proposed sale order by the successful bidder. Items (b) and (c) are resolved subject to documentation in the proposed sale order. Items (d) through (m) are resolved. The Debtors intend to file a revised form of sale order prior to or at the hearing. This matter is going forward.

Dated:    June 13, 2019
           Wilmington, Delaware

*/s/ Kenneth J. Enos*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Pauline K. Morgan (No. 3650)
Kenneth J. Enos (No. 4544)
Elizabeth S. Justison (No. 5911)
Allison S. Mielke (No. 5934)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*