**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| F+W MEDIA, INC., *et al.*,[1] | Case No. 19-10479 (KG) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 80, 157 & 204 |

**NOTICE OF SUCCESSFUL BIDDERS FOR THE COMMUNITIES BUSINESS LINE**

**PLEASE TAKE NOTICE** that, on March 26, 2019, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Orders: (I) Approving (A) Bidding Procedures for the Sale of the Debtors' Assets Related to the Communities Business Line; and (B) Form and Manner of Notices; (II) Scheduling Dates to Conduct Auction and Hearing to Consider Final Approval of Sale, Including Treatment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief; and (IV)(A) Approving the Sale of the Acquired Assets; (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief* [D.I. 80] (the "Bidding Procedures Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on April 15, 2019, the Court entered that certain *Order (I) Approving (A) Bidding Procedures for the Sale of the Debtors' Assets Related to the Communities Line; and (B) Form and Manner of Notices Related Thereto; and (II) Scheduling Dates to Conduct Auction and Hearing to Consider Final Approval of Sale, Including Treatment of Executory Contracts and Unexpired Leases* [D.I. 157] (the "Bidding Procedures Order")[2] authorizing and approving the Bidding Procedures Motion.

**PLEASE TAKE FURTHER NOTICE** that, on May 8, 2019, the Debtors filed that certain *Notice of Filing of Proposed Form of Sale Order* [D.I. 204] ("Notice"). A proposed form of order approving the Sale of the Acquired Assets was attached to the Notice as Exhibit A (the "Proposed Sale Order").

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: New Publishing Holdings, Inc. (4101); F+W Media, Inc. (5953); F+W Subscription Services, LLC (3663); F+W Trade Show & Events, LLC (0268); F+W OH e-Commerce, LLC (3762); Former Quilting Inc. (7854); The Writers Store, Inc. (6951); F & W Media International Limited (UK Registered No. 04003207); and F+W NH e-Commerce, LLC (9731). The headquarters for the above-captioned Debtors is 1140 Broadway, 14th Floor, New York, New York 10001.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bidding Procedures Order.

01:24602161.1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the Debtors held an Auction for the Sale of the Acquired Assets on June 13, 2019 at 10:00 a.m. (ET) at the offices of Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Rodney Square, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that the Successful Bidder and the Backup Bidder for each category of Acquired Assets are set forth on <u>Exhibit A</u> attached hereto.

**PLEASE TAKE FURTHER NOTICE THAT THE DEBTORS INTEND TO PRESENT REVISED FORMS OF THE PROPOSED SALE ORDER REFLECTING THE TERMS OF THE SUCCESSFUL BIDS AT A HEARING SCHEDULED TO BE HELD ON <u>JUNE 17, 2019 AT 3:00 P.M. (ET)</u> BEFORE THE HONORABLE KEVIN GROSS, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6th FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.**

Dated:   June 14, 2019
            Wilmington, Delaware          */s/ Elizabeth S. Justison*
            YOUNG CONAWAY STARGATT & TAYLOR, LLP
            Pauline K. Morgan (No. 3650)
            Kenneth J. Enos (No. 4544)
            Elizabeth S. Justison (No. 5911)
            Allison S. Mielke (No. 5934)
            Jared W. Kochenash (No. 6557)
            Rodney Square
            1000 North King Street
            Wilmington, Delaware 19801
            Telephone:  (302) 571-6600
            Facsimile:  (302) 571-1253

            *Counsel to the Debtors and*
            *Debtors in Possession*