# **EXHIBIT A**[1]

Summary of June 13, 2019 Auction

1. **Sky & Telescope Community**

| Successful Bidder | Bid Amount | Backup Bidder |
|---|---|---|
| The American Astronomical Society | $1,225,000 | N/A |

2. **Outdoors Community**

| Successful Bidder | Bid Amount | Backup Bidder |
|---|---|---|
| Rucks Media LLC | $575,000 | N/A |

3. **Construction Community**

| Successful Bidder | Bid Amount | Backup Bidder |
|---|---|---|
| Shield Wall Media LLC/Gary Reichert | $400,000 | Cruz Bay Publishing, Inc. |

4. **Family Tree Community**

| Successful Bidder | Bid Amount | Backup Bidder |
|---|---|---|
| Cruz Bay Publishing, Inc. | $100,000 | International Gem Society, LLC |

5. **Writing Community**

| Successful Bidder | Bid Amount | Backup Bidder |
|---|---|---|
| Cruz Bay Publishing, Inc. | $200,000 | Madavor Media, LLC |

6. **Woodworking Community**

| Successful Bidder | Bid Amount | Backup Bidder |
|---|---|---|
| Cruz Bay Publishing, Inc. | $1,000,000 | Meredith Corporation |

---

[1] The Debtors have not yet selected a Successful Bid for their UK e-Commerce business.

7. **Horticulture Community**

| Successful Bidder | Bid Amount | Backup Bidder |
|---|---|---|
| Cruz Bay Publishing, Inc. | $75,000 | Missouri Star Quilt Co. LLC |

8. **Collectibles Community**

| Successful Bidder | Bid Amount | Backup Bidder |
|---|---|---|
| Cruz Bay Publishing, Inc. | $350,000 | International Gem Society, LLC |

9. **Crafts Community**

| Successful Bidder | Bid Amount | Backup Bidder |
|---|---|---|
| Macanta Investments LLC | $2,850,000 | Missouri Star Quilt Co. LLC/Long Thread Media LLC |
| CK Scrapbooking Events, LLC/Todd Friedli (Scrapbooking) | $300,000 | N/A |

10. **Artist's Network Community**

| Successful Bidder | Bid Amount | Backup Bidder |
|---|---|---|
| Macanta Investments LLC | $675,000 | Cruz Bay Publishing, Inc. |