**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| F+W MEDIA, INC.[1] | Case No. 19-10479 (KG) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTER SCHEDULED
FOR HEARING ON OCTOBER 2, 2019 AT 2:00 P.M. (ET)**

**MATTER GOING FORWARD**

1. Motion of Official Committee of Unsecured Creditors to Compel the Immediate Payment of Approved Professional Fees [D.I. 479, 9/27/19]

    Response/Objection Deadline:    October 2, 2019 at 12:00 p.m. (ET)

    Responses/Objections Received:    None at present

    Related Documents:    None

    Status:    This matter is going forward. The Debtor and the Debtor's secured lenders intend to file replies in advance of the objection deadline on Wednesday, October 2, 2019 at 12:00 p.m. (ET).

Dated:  September 30, 2019
         Wilmington, Delaware

/s/ Elizabeth S. Justison
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Pauline K. Morgan (No. 3650)
Kenneth J. Enos (No. 4544)
Elizabeth S. Justison (No. 5911)
Allison S. Mielke (No. 5934)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtor*

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: F+W Media, Inc. (5953). The headquarters for the above-captioned Debtor is Hawthorne Center, 10151 Carver Road, Blue Ash, Ohio 45242.